IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD LONDON,

    Petitioner,

  v.

JOE A. LIZARRAGA, Acting Warden,

    Respondent.

No. C 13-03434 YGR (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE OPPOSITION TO MOTION TO DISMISS**

    Petitioner has filed a request for an extension of time in which to file his opposition to Respondent's Motion to Dismiss. Having read and considered Petitioner's request, and good cause appearing,

    IT IS HEREBY ORDERED that Petitioner's request for an extension of time is GRANTED. The time in which Petitioner may file his opposition to Respondent's Motion to Dismiss will be extended to **June 20, 2014.**

    Respondent shall file a reply brief no later than **fourteen (14) days** after the date Petitioner's opposition is filed.

    This Order terminates Docket No. 9.

    IT IS SO ORDERED.

DATED:  May 5, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

P:\PRO-SE\YGR\HC.13\London3434.EOT.OppnMTD.frm