UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD LONDON,

        Petitioner,

  v.

JOE A. LIZARRAGA, Warden,

        Respondent.

Case No. 13-cv-03434-YGR (PR)

**JUDGMENT**

For the reasons set forth in this Court's Order Granting Respondent's Motion to Dismiss Petition as Untimely; and Denying Certificate of Appealability,

IT IS ORDERED AND ADJUDGED

That Petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

IT IS SO ORDERED.

Dated: March 17, 2015

_____
United States District Judge
YVONNE GONZALEZ ROGERS